

# THE ATTORNEY GENERAL
## OF TEXAS

**JOHN BEN SHEPPERD**
ATTORNEY GENERAL

AUSTIN 11, TEXAS

February 16, 1953

Hon. Ken Jennings
County Attorney
Mitchell County
Colorado City, Texas

Dear Sir:

Opinion No. S-07

Re: Authority of the commis-
sioners' court to purchase
an automobile for the
sheriff without advertis-
ing for competitive bids.

You have requested an opinion on the follow-
ing question:

"Can the County Commissioner's Court
of Mitchell County purchase an automobile
for the use of the Sheriff's Department
without purchasing said automobile on
competitive bids?"

Article 6877-1, Vernon's Civil Statutes, author-
izes the commissioners' court to furnish the sheriff an
automobile. Att'y Gen. Op. V-472 (1948).

Article 2368a, Vernon's Civil Statutes, re-
quires that all contracts made by a county must be by
competitive bids if the expenditure amounts to Two
Thousand ($2,000) Dollars or more. Att'y Gen. Op. V-600
(1948). We know of no provision exempting purchase of
automobiles from its provisions. Therefore, you are
advised that the commissioners' court of Mitchell County
must purchase the automobile in question by competitive
bid if the contemplated expenditure amounts to Two
Thousand ($2,000) Dollars or more.

## SUMMARY

When purchasing an automobile to be
used by the sheriff in the exercise of his
official duties, the commissioners' court
is required by the provisions of Article
2368a, Vernon's Civil Statutes, to purchase
the automobile on competitive bids if the

contemplated expenditure amounts to Two
Thousand ($2,000) Dollars or more.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General

J. C. Davis, Jr.
County Affairs Division

Willis E. Gresham
Reviewer

By *John Reeves*
John Reeves
Assistant

Robert S. Trotti
First Assistant

John Ben Shepperd
Attorney General

JR:am